Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
# WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Curtis Collier                                    Docket No. 95-00025-001-Erie

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Curtis Collier, who was placed on supervision by the Honorable Sean J. McLaughlin sitting in the Court at Erie, Pennsylvania, on the 5th day of March 1996, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay to the United States a special assessment of $50.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer.
- The defendant shall make restitution to General Telephone Company in the amount of $3,600.

03-05-96:   Conspiracy to Commit Wire Fraud; 41 months' imprisonment, followed by 3 years' supervised release.

03-31-06:   Released to supervision; Currently supervised by U.S. Probation Officer Verne Howard, Jr.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant has violated the following condition of his supervised release:

**The defendant shall not commit another federal, state, or local crime.**

On July 7, 2007, the offender was arrested by Officer Michael J. Roofner of the Erie Police Department and charged with Robbery, Robbery of a Motor Vehicle, Reckless Endangering Another Person, and Fleeing or Attempting to Elude a Police Officer. On February 28, 2008, before the Honorable Shad Connelly, Erie County Court of Common Pleas, Criminal Division, the defendant was sentenced to 120 to 240 months' imprisonment after he pled guilty to Robbery of Motor Vehicle (Count 1) and Robbery (Count 2). All remaining charges were nol-prossed.

**FILED**

APR - 1 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

U.S.A. vs. Curtis Collier
Docket No. 95-00025-001-Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Suite A-250, Courtroom C, U.S. Courthouse, Erie, Pennsylvania, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this \_\_\_\_ \_\_\_\_ day of \_\_\_\_, 2008, and ordered filed and made a part of the records in the above case.

_____
Sean J. McLaughlin
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 27, 2008

_____
Verne Howard, Jr.
U.S. Probation Officer

_____
Paul J. Dippolito
Supervising U.S. Probation Officer

Place:    Pittsburgh, Pennsylvania