IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>CRAIG GIBSON )<br>a/k/a Curtis H. Collier )  | Criminal No. 95-25 Erie |

### APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Curtis H. Collier, HL4787, Year of Birth: 1962, African American, Male.

2. Detained by: SCI Camp Hill, P.O. Box 8837, Camp Hill, Pennsylvania 17001-8837.

3. Detainee was sentenced in this district for a violation of Title 18, United States Code, Section 371.

4. Detainee is presently confined in SCI Camp Hill, Camp Hill, Pennsyvlania, serving a sentence on a state charge.

5. The above case is set for a supervised release revocation hearing at Erie, Pennsylvania on May 13, 2008, at 10:00 a.m. and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Warden of SCI Camp Hill, Camp Hill, Pennsylvania has no objection to the granting of this petition.

s/Marshall J. Piccinini
MARSHALL J. PICCININI
Assistant U.S. Attorney
PA ID No. 56362

### ORDER

The above Application is granted, and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above.

IT IS FURTHER ORDERED that when detainee's presence shall no longer be necessary for the above-referenced case, said detainee shall be returned to the above-named custodian.

_____
DATE

Sean J. McLaughlin
Digitally signed by Sean J. McLaughlin
DN: cn=Sean J. McLaughlin, c=US
Date: 2008.04.02 14:31:56 -04'00'

UNITED STATES DISTRICT JUDGE

cc: United States Attorney

CERTIFIED FROM THE RECORD
Date 4-3-08
ROBERT V. BARTH, JR., CLERK
By _____
Deputy Clerk

**UN**EXECUTED THIS WRIT, IN PART / IN FULL (CIRCLE ONE) ON THE ......... DAY OF ................., 20........ BY TAKING CUSTODY OF ......................... AT ................................ ........................... TRANSPORTING HIM/HER, AND COMMITTING HIM/HER TO ................................................. ........................... ON THE ........... DAY OF ........................ 20 ............

THOMAS M. FITZGERALD, USM
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

*[signature]*
DEPUTY U.S. MARSHAL

EXECUTED THIS WRIT, IN PART / IN FULL (CIRCLE ONE) ON THE ......... DAY OF ................., 20........ BY TAKING CUSTODY OF ......................... AT ................................ ........................... TRANSPORTING HIM/HER, AND COMMITTING HIM/HER TO ................................................. ........................... ON THE ........... DAY OF ........................ 20 ............

**FILED**
MAY 0 7 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVAN"

..................................................
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

..................................................
DEPUTY U.S. MARSHAL

*Writ returned unexecuted due to defendant not being available per SCI Albion. To be set of calender until available.*